UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


UNITED STATES OF AMERICA,     )
    )
    Plaintiff,     )
    )
v.     )     No: 3:07-CR-17
    )     (PHILLIPS/GUYTON)
NOAH TIPTON,     )
    )
    Defendant.     )


**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28

U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District

Court as may be appropriate.

On June 28, 2007, the Court conducted a hearing on the defendant's Motion To

Suppress. Following the hearing, the Court gave the defendant until August 29, 2007 to file a brief.

Upon request of the defendant, and the government having no objection, the defendant is granted

an extension until **August 30, 2007** to file his brief.

**IT IS SO ORDERED.**

           **ENTER:**


             s/ H. Bruce Guyton
           United States Magistrate Judge