UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 3:07-CR-17 |
| | ) | (PHILLIPS/GUYTON) |
| NOAH TIPTON, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate.

On June 28, 2007, the Court conducted a hearing on the defendant's Motion To Suppress. The Court gave the defendant until August 30, 2007 to file a brief. Upon request of the defendant, and the government having no objection, the defendant is granted an extension until **September 14, 2007** to file his brief.

**IT IS SO ORDERED.**

                                            **ENTER:** *nunc pro tunc*, August 30, 2007.

                                            s/ H. Bruce Guyton
                                         United States Magistrate Judge