UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:07-CR-17 |
| ) | (Phillips/Guyton) |
| NOAH KEITH TIPTON ) | |

## ORDER

The government's motion to dismiss the indictment filed in this case [Doc. 36] is **GRANTED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge